AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| | ) 2:25-mj-00168 |
| RENE EDUARDO ZEPEDA LIMA | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 11/08/2025 in the county of Fayette in the Southern District of West Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | illegal alien in possession of a firearm |

This criminal complaint is based on these facts:

On or about November 8, 2025, at or near Pax, Fayette County, West Virginia, within the Southern District of West Virginia, RENE EDUARDO ZEPEDA LIMA was stopped on the West Virginia Turnpike by troopers with the West Virginia State Police for various traffic infractions. During the traffic stop, while troopers were attempting to identify him, RENE EDUARDO ZEPEDA LIMA admitted that he was in the United States illegally and that he is a national of El Salvador. RENE EDUARDO ZEPEDA LIMA consented to a search of his vehicle, which resulted in troopers finding $8,735 in U.S. currency, two firearms, approximately 200 rounds of ammunition, suspected psychedelic mushrooms, and a Salvadoran passport. RENE EDUARDO ZEPEDA LIMA told troopers that the two firearms were his. He was subsequently arrested by the West Virginia State Police. The undersigned special agent avers there is probable cause to believe that at the time of the traffic stop, RENE EDUARDO ZEPEDA LIMA was an illegal alien in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(5).

☐ Continued on the attached sheet.

JOSHUA D KNOTTS
Digitally signed by JOSHUA D KNOTTS
Date: 2025.11.10 10:16:15 -05'00'

*Complainant's signature*

Joshua D. Knotts, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/10/2025

City and state: Beckley, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge